UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOPHEAK M. SAN, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-162-JAM-EFB<br><br><br>ORDER |

　　　　Plaintiff's motion for entry of default judgment against defendant Sopheak San came on regularly for hearing before the assigned magistrate judge on July 22, 2015.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

　　　　On November 16, 2015, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Findings and Recommendations filed November 16, 2015, are adopted in full;

　　　　2. Plaintiff's application for default judgment (ECF No. 8) is granted;

1

3. Plaintiff is awarded statutory damages in the amount of $8,000;

4. Plaintiff is granted an injunction requiring defendant San to provide for the correct number and type of properly configured disabled parking space(s) including a van accessible disabled parking space;

5. Plaintiff's request for voluntary dismissal of the claims against defendant Edward Overton and of negligence and California Disabled Persons Act claims against defendant San is granted and those claims are dismissed without prejudice;

6. Plaintiff is awarded costs and attorney's fees in the amount of $3,200; and

7. The Clerk is directed to close the case.

DATED: 2/18/2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE