# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

        Plaintiff,

  v.

**Sopheak M. San,** et al**.**

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:15-cv-162-JAM-EFB

**[~~PROPOSED~~] ORDER ON REQUEST TO VACATE  DEBTOR'S EXAMINATION**

Date:        11/15/17
Time:       9:30 am
Courtroom:   8

## <u>ORDER</u>

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Sopheak M. San scheduled for 11/15/17 is vacated.

IT IS SO ORDERED.

Dated:  November 13, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE